```
1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  GRETCHEN Z. BOGER
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-06-259 GGH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE MOTION HEARING AND JUDGMENT AND SENTENCING |
| v. | ) | |
| NATHANIEL A. JONES, et al, | ) | Date:  February 12, 2007 |
| Defendant. | ) | Time:  9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

It is hereby stipulated and agreed to between the United States and the defendant, NATHANIEL A. JONES, by and through his undersigned counsel, KRESTA NORA DALY, that the hearing on Defendant's Motion to Withdraw Plea as well as the Judgment and Sentencing set for January 29, 2007, be continued to February 12, 2007, at 9:00 a.m.

The continuance is requested due to the unavailability of the government's counsel.

///
///
///
///
///

1

The Speedy Trial Act is inapplicable because the defendant pled guilty on September 25, 2006.

                                          Respectfully Submitted,

DATED: January 30, 2007        McGREGOR W. SCOTT
                                        United States Attorney

                                 By: */s/ Matthew C. Stegman*
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney

DATED: January 30, 2007        */s/ Kresta Nora Daly*
                                        KRESTA NORA DALY
                                        Attorney for Defendant

### [P R O P O S E D]   O R D E R

IT IS SO ORDERED THAT the hearing on Defendant's Motion to Withdraw Plea as well as the Judgment and Sentencing set for January 29, 2007, is hereby continued to February 12, 2007, at 9:00 a.m.

IT IS SO ORDERED

DATED: 2/5/07                            /s/ Gregory G. Hollows
                                        _____
                                        HON. GREGORY G. HOLLOWS
                                        United States Magistrate Judge

jones.ord